**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | | |
|---|---|---|---|
| IN RE: | Sarah J. Teske | ) | CASE NO.: 19-30655 |
| | | ) | CHAPTER 7 |
| | Debtor | ) | |
| | | ) | Judge Beth A. Buchanan |

**TRUSTEE'S ABANDONMENT OF**
**57-068 ELEKU KUILIMA PLACE, #4-39, KAHUKU, HI 96731**

On request of the secured creditor, Castle & Cooke Mortgage, LLC for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

See Attached Legal Description

For Legal Description, see Exhibit "A" attached hereto

_____
Paul Spaeth, Trustee

**Certificate of No Request for Further Notice / No Objection**

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

Respectfully submitted,
/s/ Lindsey Hall
Lindsey Hall (0075152)
Keith D. Weiner & Associates Co., L.P.A.
75 Public Square, 4th Floor
Cleveland, Ohio 44113
216-771-6500
bankruptcy@weinerlaw.com
Attorney for Movant

## CERTIFICATE OF SERVICE

    I, Lindsey Hall, hereby certify that the foregoing Trustee's Abandonment was sent by regular U.S. Mail, postage prepaid, and via the Court's CM/ECF system this 1st day of May 2019 to the following:

**Sarah J. Teske**
408 Forrer Boulevard
Oakwood, OH 45419

Orion
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

    Court's Electric Mail Notice List served electronically through the court's ecf system at the email address registered with the court:

- Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
- Lindsey Hall    bankruptcy@weinerlaw.com
- David J Smith    David@OhioEstateAttorney.com, ohioestateattorney.angie@gmail.com
- Paul Spaeth    spaethlaw@phslaw.com, OH45@ecfcbis.com


                              /s/ Lindsey Hall
                              Lindsey Hall (0075152)

ORDER NO. : 6840005353-MW

## LEGAL DESCRIPTION EXHIBIT

The land referred to in this Report is situated in the State of Hawaii, and described as follows:

FIRST: Apartment No. 39, Building 4 of that certain Condominium Project known as "KUILIMA ESTATES EAST", as shown on Condominium Map No. 222, and described in the Declaration of Horizontal Property Regime dated May 29, 1973, recorded July 16, 1974 in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 689810, as amended.

Together with appurtenant easements as follows:

(a) An exclusive easement to use Parking Space designated by the same number as said apartment as shown in said Declaration as Amended.

(b) Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility purposes for and support of said apartment; in the other common elements for use according to their respective purposes.

(c) Exclusive easements to use other limited common elements appurtenant thereto designated for its exclusive use by the Declaration, as amended.

SECOND: An undivided .574% interest in all common elements (exclusive of land) of the project as established for said apartment by the Declaration, as amended, or such other percentage interest as hereinafter established for said apartment by any amendment of the Declaration, as tenant in common with the other owners and tenants thereof.

THIRD: An undivided .574% interest for the term of the said Ground Sublease, as shown in Item No. 10 herein, with other lessees in and to the land on which the project is situate. Being all the property described in the following:

APARTMENT DEED
Recorded : April 3, 2014 in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. T-8858066
Grantor : ASSOCIATION OF APARTMENT OWNERS OF KUILIMA ESTATES EAST CONDOMINIUM, a Hawaii nonprofit corporation
Grantee : ANTON KEOKI LEIGH and FRANCES CHRISTA LEIGH, husband and wife, as Tenants by the Entirety