**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 1, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re:   SARAH J. TESKE,

   *Debtor*

Case No.   19-30655

Judge Humphrey
Chapter 13

**Order Concerning Debtor's Late Response to the
United States Trustee's Motion to Dismiss**

On August 20, 2019 the United States Trustee filed a *Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) with Memorandum and Affidavit in Support* (doc. 27). As the motion was served on August 20, 2019, under any interpretation of the relevant rules, a response was required to be filed no later than September 13, 2019 in order to be timely. *See* LBR 9013-1(b) and Fed. R. Civ. P. 9006(f). The Debtor filed a response to the Motion on September 18, 2019 (doc. 32) (the "Response"); however, the Response was not accompanied by a motion for leave to file a late response.

**Therefore, unless the Debtor files, and the court grants, a motion for leave to file a late response, the court will not consider the Response (doc. 32) and will grant the United States Trustee's Motion to Dismiss.**

**Any motion for leave shall be filed not later than Tuesday, October 8, 2019. The United States Trustee may file a written response to any motion for leave on or before October 22, 2019.**

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest