# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHER DISTRICT OF OHIO
### WESTERN DIVISON AT DAYTON

| | |
|---|---|
| In Re: | Case No. 19-30655 |
| **Sarah J. Teske** | Chapter 13 |
| Debtor(s). | Judge Guy R. Humphrey |

### DEBTOR'S MOTION TO FILE A LATE RESPONSE

NOW COMES the Debtor, Sarah J. Teske (hereinafter "Debtor") by and through counsel, and hereby requests permission to file her Response to the United States Trustee's Motion to Dismiss late.

On August 29, 2019 the United States Trustee filed a Motion to Dismiss (Doc. 27). The Debtor had until September 13, 2019 to file a response. A response was ultimately filed on September 18, 2019 (Doc. 32).

Counsel for Debtor marked the wrong date on his calendar for the response due date to the abovementioned motion. As soon as Counsel realized this mistake a response was filed with this Court. The mistake was not due to anything that the Debtor did or did not do. Counsel would ask that this Court allow Debtor's late response and allow this document to be considered by the Court.

**WHEREFORE,** for the above-stated reasons, the Debtor respectfully requests an Order for leave to file a late response to the United States Trustee's Motion to Dismiss.

Respectfully Submitted,

**Babb, Anderson, Rowland & Smith, LLC**

/s/ David J. Smith
DAVID J. SMITH (0081227)
Attorney for Debtor(s)
2190 Gateway Drive
Fairborn, OH 45324
(937) 318-1529 Fax: (937) 879-0232
David@OhioEstateAttorney.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Debtor's Motion to file a Late Response** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **Ordinary U.S. Mail** on October 9, 2019 addressed to:

- **Debtor(s):** Sarah J. Teske, 408 FOrrer Boulevard, Oakwood, OH 45419
- Orion, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541

/s/ *David J. Smith*
DAVID J. SMITH (0081227)
Attorney for Debtor(s)