**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 2, 2019**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | ) | Case No.   19-30655 |
| | ) | |
| SARAH J. TESKE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Humphrey |
| | ) | |

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS (DN 27); AGREED ORDER DISMISSING CASE**

This matter came on for consideration upon the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) (DN 27) and the Debtor's Motion to File a Late Response thereto (DN 37). The U.S. Trustee and the Debtor desire to settle this matter consistent with this Agreed Order. No other Objections or Responses having been timely filed, the parties are in agreement that the matter should be dismissed.

Good cause showing, therefore;

**IT IS THEREFORE ORDERED** that the United States Trustee's Motion to Dismiss (DN 27) be and it is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this case be and it is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Telephonic Hearing on Debtor's Motion to File a Late Response (DN 37) scheduled for December 3, 2019, at 2:30 p.m. is hereby **CANCELLED.**

**IT IS SO ORDERED.**

APPROVED AS TO FORM AND CONTENT BY:

/s/ Matthew J. McDonald III
Matthew J. McDonald III (0095485)
Attorney for the United States Trustee
170 North High Street, Suite 200
Columbus, OH   43215
Telephone:   (614) 469-7411 ext. 205
Facsimile:   (614) 469-7448
Email:   Matthew.J.McDonald@usdoj.gov

/s/ David J. Smith (per email authorization dated December 2, 2019)
David J. Smith, Esq. (0081227)
Counsel to Debtor
Babb, Anderson, Rowland & Smith, LLC
2190 Gateway Drive
Fairborn, OH 45324
Telephone:   (937) 318-1529
Facsimile:   (937) 879-0232
Email:   David@OhioEstateAttorney.com

Copies to:

ALL CREDITORS AND PARTIES IN INTEREST